| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Marina Grande Associates, Ltd. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 18-10746 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ 18,208.67

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ 18,208.67

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ 19,549,646.64

4. **Total liabilities** ..........................................
   Lines 2 + 3a + 3b                                                                                                 $ 19,549,646.64

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marina Grande Associates, Ltd.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 18-10746 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                                              Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank | Checking | 4977 | $210.87 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**                                                                                                                           $210.87
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. Accounts receivable

| 11a. 90 days old or less: | 17,997.80 | - | 0.00 | = .... | $17,997.80 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor      **Marina Grande Associates Ltd.**                                    Case number *(If known)* 18-10746
        Name

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>**Marina Grande - trademark** | $0.00 | | $0.00 |

| | |
|---|---|
| 61. | Internet domain names and websites |
| 62. | Licenses, franchises, and royalties |
| 63. | Customer lists, mailing lists, or other compilations |
| 64. | Other intangibles, or intellectual property |
| 65. | Goodwill |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | $0.00 |
| 67. | Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?<br>☐ No<br>■ Yes |

| Debtor | Marina Grande Associates Ltd. | Case number (If known) | 18-10746 |
|---|---|---|---|
| | Name | | |

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    Current value of
    debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    see schedule attached                                                                    $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                    $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Marina Grande Associates Ltd.**                              Case number *(If known)* 18-10746
          Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $17,997.80 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,997.80   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $17,997.80 |

Marina Grande Associated, Ltd.

Response to Form 206A/B Question 73

| Type of Coverage | Carrier | Policy Number | Policy Term | Notes |
|---|---|---|---|---|
| General Liability | American Home Assurance (AIG) | GL7061054 | 12/21/04 – 12/21/05 | N/A |
| General Liability | American Home Assurance (AIG) | GL1579054 | 12/21/05 – 12/21/06 | N/A |
| General Liability | American Home Assurance (AIG) | GL1791321 | 12/21/06 – 12/21/07 | Limit: $2,000,000 Each Occurrence $4,000,000 Aggregate Includes 5 year tail for completed operations |
| Umbrella-Primary | Westchester Fire (ACE) | MLW785882 | 12/21/04 – 12/21/07 | Limit: $25,000,000 Each Occurrence $25,000,000 Aggregate Includes 5 year tail for completed operations |
| Umbrella-Excess | Endurance Specialty Insurance | P005195001 | 12/21/04 – 12/21/07 | Limit: $25,000,000 Each Occurrence $25,000,000 Aggregate Includes 5 year tail for completed operations |
| Workers Compensation | American Home Assurance (AIG) | WC7179510 | 12/21/04 – 12/21/05 | Statutory Limit |
| Workers Compensation | American Home Assurance (AIG) | WC3678583 | 12/21/05 – 12/21/06 | Statutory Limit |
| Workers Compensation | American Home Assurance (AIG) | WC3678846 | 12/21/06 – 12/21/07 | Statutory Limit |
| Premises Pollution | Illinois Union Insurance (ACE) | PG24884612001 | 12/17/09 - 06/17/16 | Limit: $5,000,000 per condition and aggregate. Deductible $50,000. Claims Made Coverage Form |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Marina Grande Associates Ltd. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 18-10746 |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   Marina Grande Associates, Ltd.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   18-10746

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                                                   Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454,024.44 |
|---|---|---|---|
|   | CRE Boca FinCo<br>PO Box 1226<br>Loxahatchee, FL 33470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |   |
|   | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes |   |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,040,779.39 |
|---|---|---|---|
|   | CRE Boca Opco, LLC<br>PO Box 1226<br>Loxahatchee, FL 33470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |   |
|   | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes |   |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208,287.33 |
|---|---|---|---|
|   | National Union Fire Ins. Co. of Pittsbur<br>P.O. Box 35657<br>Newark, NJ 07193-5657 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |   |
|   | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Loss Billing**<br>Is the claim subject to offset? ■ No ☐ Yes |   |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $846,555.48 |
|---|---|---|---|
|   | Peninsula II<br>PO Box 1226<br>Loxahatchee, FL 33470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |   |
|   | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes |   |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **Marina Grande Associates, Ltd.**                                Case number (if known)
             Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 19,549,646.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 19,549,646.64 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marina Grande Associates Ltd.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 18-10746 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Insurance | |
|---|---|---|---|
| | State the term remaining | | American Home Assurance (AIG)<br>Post Office Box 305904<br>Nashville, TN 37230-5904 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Insurance | |
|---|---|---|---|
| | State the term remaining | | Endurance Speciality Insurance<br>90 Pitts Bay Road<br>Pembroke, HM 08 Bermuda |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Insurance | |
|---|---|---|---|
| | State the term remaining | Expired on 06/17/2016 | Illinois Union Insurance<br>(ACE Environmental Risk)<br>PO Box 1000<br>43 Walnut Street WA07A<br>Philadelphia, PA 19106 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Insurance | |
|---|---|---|---|
| | State the term remaining | | Westchester Fire (ACE)<br>1133 Avenue of the Americas<br>32nd Floor<br>New York, NY 10036 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|
| Debtor name  Marina Grande Associates Ltd. |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known)  18-10746 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|---------------------------------|
| 2.1 |      | Street<br>City  State  Zip Code |  | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 |      | Street<br>City  State  Zip Code |  | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 |      | Street<br>City  State  Zip Code |  | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 |      | Street<br>City  State  Zip Code |  | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                                       Schedule H: Your Codebtors                                       Page 1 of 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy